# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilbert, Jeffrey T. | District Court - Northern Illinois, Eastern Division | 03/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Federal Magistrate Judges Association |
| 2. | Editorial Board | Federal Courts Law Review |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 03/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 03/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. JP MORGAN CHASE BANK (cash) | A | Interest | L | T | | | | | |
| 3. ACCOUNT #1 (H) | | | | | | | | | |
| 4. NORTHWESTERN MUTUAL FDIC INSURED DEPOSIT PROGRAM (cash) | A | Interest | K | T | | | | | |
| 5. INVESCO DEVELOPING MARKETS FUND CLASS Y (ODVYX) | A | Dividend | M | T | Sold (part) | 08/04/20 | K | | |
| 6. AB GLOBAL BOND FUND ADVISOR CLASS (ANAYX) | B | Dividend | L | T | | | | | |
| 7. BARON ASSET FUND INSTITUTIONAL CLASS (BARIX) | C | Dividend | L | T | Buy | 03/26/20 | J | | |
| 8. | | | | | Buy (add'l) | 08/04/20 | K | | |
| 9. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 10. BROWN CAPITAL MANAGEMENT SMALL COMPANY FUND INSTITUTIONAL CLASS(BCSSX) | A | Dividend | J | T | Sold (part) | 03/26/20 | K | C | |
| 11. DODGE & COX INCOME FUND F-2 (DODIX) | D | Dividend | M | T | | | | | |
| 12. EUROPACIFIC GROWTH FUND CLASS F-2 (AEPFX) | A | Dividend | M | T | | | | | |
| 13. GOLDMAN SACHS INTERNATIONAL SMALL CAP INSIGHTS FUND (GICIX) | B | Dividend | L | T | | | | | |
| 14. HARBOR BONO FUND INSTITUTIONAL CLASS (HABDX) | C | Dividend | L | T | | | | | |
| 15. OAKMARK INTERNATIONAL FUND (OAKIX) | | None | | | Sold (part) | 08/04/20 | K | | |
| 16. | | | | | Sold | 08/06/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. OAKMARK INTERNATIONAL FUND ADVISOR CLASS (OAYIX) | A | Dividend | K | T | Buy | 08/06/20 | K | | |
| 18. INTERNATIONAL GROWTH AND INCOME FUND CLASS F-2 (IGFFX) | B | Dividend | L | T | | | | | |
| 19. JOHN HANCOCK DISOPLINED VALUE MID CAP FUND CLASS I (JVMIX) | B | Dividend | M | T | | | | | |
| 20. PIMCO INCOME FUND CLASS I-2 (PONPX) (formerly Class P) | D | Dividend | M | T | Buy (add'l) | 08/04/20 | K | | |
| 21. PIMCO COMMODITY REAL RETURN STRATEGY FUND CLASS I-2 (PCRPX) | B | Dividend | L | T | | | | | |
| 22. PIMCO COMMODITIES PLUS STRATEGY FUND CLASS I-2 (PCLPX) | B | Dividend | L | T | Buy (add'l) | 03/26/20 | J | | |
| 23. TEMPLETON GLOBAL BONO FUND ADVISOR CLASS (TGBAX) | B | Dividend | K | T | | | | | |
| 24. ISHARES TR S&P MIDCAP 400 GROWTH ETF (IJK) | A | Dividend | K | T | | | | | |
| 25. VANGUARD INDEX FDS REAL ESTATE INDEX FD ETF (VNQ) | C | Dividend | L | T | Buy (add'l) | 03/26/20 | J | | |
| 26. | | | | | Sold (part) | 11/16/20 | K | | |
| 27. ACCOUNT #2 (H) | | | | | | | | | |
| 28. FIDELITY ADVISOR TOTAL BOND FUND CLASS I (FEPIX) | C | Dividend | L | T | | | | | |
| 29. JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS I (JVMIX) | A | Dividend | K | T | | | | | |
| 30. MFS INTERNATIONAL GROWTH FUND CLASS I (MQGIX) | A | Dividend | L | T | | | | | |
| 31. MFS INTERNATIONAL NEW DISCOVERY FUND (MWNIX) | B | Dividend | K | T | | | | | |
| 32. PIMCO INCOME FUND CLASS P (PONPX) | C | Dividend | L | T | | | | | |
| 33. PIMCO COMMODITIES PLUS STRATEGY (PCLPX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. TEMPLETON GLOBAL BOND FUND ADVISOR (TGBAX) | A | Dividend | K | T | | | | | |
| 35. ACCOUNT #3 (H) | | | | | | | | | |
| 36. NORTHWESTERN MUTUAL FDIC INSURED DEPOSIT PROGRAM (cash) | A | Interest | L | T | | | | | |
| 37. SAN PATRICIO TX MUN WTR DIST (799204KQ4) | C | Interest | | | Redeemed | 07/10/20 | L | | |
| 38. SOUTHMOST REGL WTR AUTH 4% (84455LEU7) | B | Interest | | | Redeemed | 09/01/20 | K | | |
| 39. EVEREST RE GROUP LTD (RE) | | None | | | Sold | 03/26/20 | K | C | |
| 40. AIR PRODS & CHEMS INC COM (APD) | A | Dividend | K | T | | | | | |
| 41. AMGEN INC (AMGN) | A | Dividend | K | T | | | | | |
| 42. APPLE INC (AAPL) | A | Dividend | M | T | | | | | |
| 43. CVS HEALTH CORPORATION (CVS) | A | Dividend | K | T | | | | | |
| 44. CISCO SYSTEMS INC (CSCO) | A | Dividend | K | T | | | | | |
| 45. CORTEVA INC COM (CTVA) | A | Dividend | | | Sold | 05/14/20 | J | | |
| 46. DISNEY WALT COMPANY (DIS) | A | Dividend | K | T | | | | | |
| 47. DOW INC COM (DOW) | A | Dividend | | | Sold | 05/14/20 | J | | |
| 48. DUPONT DE NEMOURS INC COM (DD) | A | Dividend | | | Sold | 03/26/20 | J | | |
| 49. EXPEDITORS INTL WASH INC (EXPD) | | None | | | Sold | 03/26/20 | K | D | |
| 50. HOME DEPOT INC (HD) | A | Dividend | | | Sold | 07/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | HONEYWELL INTERNATIONAL (HON) | A | Dividend | K | T | | | | | |
| 52. | HUNT J B TRANS SVCS INC COM (JBHT) | A | Dividend | | | Sold | 05/14/20 | J | C | |
| 53. | INGREDION INCORPORATED (INGR) | A | Dividend | K | T | | | | | |
| 54. | INTERCONTINENTAL EXCHANGE (ICE) | A | Dividend | L | T | | | | | |
| 55. | MASTERCARD INC CL A (MA) | A | Dividend | L | T | | | | | |
| 56. | MCDONALDS CORP (MCD) | A | Dividend | K | T | | | | | |
| 57. | MICROSOFT CORP (MSFT) | A | Dividend | L | T | | | | | |
| 58. | NIKE INC CLASS B (NKE) | A | Dividend | L | T | | | | | |
| 59. | T ROWE PRICE GROUP INC (TROW) | B | Dividend | K | T | | | | | |
| 60. | STANLEY BLACK & DECKER (SWK) | A | Dividend | | | Sold | 03/26/20 | K | B | |
| 61. | STRYKER CORP (SYK) | A | Dividend | L | T | | | | | |
| 62. | TJX COS INC (TJX) | A | Dividend | K | T | | | | | |
| 63. | US BANCORP (USB) | A | Dividend | | | Sold | 03/26/20 | K | | |
| 64. | ISHARES TR NORTH AMERN TECH-SOFTWARE (IGV) | A | Dividend | L | T | | | | | |
| 65. | ISHARES TR RUSSELL 1000 ETF (IWB) | B | Dividend | L | T | | | | | |
| 66. | ISHARES TR US HEALTH CARE PROVIDERS ETF (IHF) | A | Dividend | K | T | | | | | |
| 67. | SPDR SER TR S&P BK ETF (KBE) | A | Dividend | | | Sold | 05/14/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, Jeffrey T.** | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ACCOUNT #4 (H) | | | | | | | | | |
| 69. AMCAP FUND CLASS F-2 (AMCFX) | A | Dividend | | | Sold | 08/04/20 | K | | |
| 70. AMERICAN HIGH INCOME MINICIPAL BOND FUND CLASS F-2 (AHMFX) | C | Distribution | M | T | Buy | 03/26/20 | L | | |
| 71. | | | | | Buy (add'l) | 05/15/20 | L | | |
| 72. BARON ASSET FUND INSTITUTIONAL CLASS (BARIX) | A | Dividend | K | T | Buy | 05/18/20 | J | | |
| 73. BLACKROCK STRATEGIC INCOME OPPORTUNITIES PORT (BSIIX) | B | Dividend | L | T | | | | | |
| 74. EUROPEAN GROWTH FUND (AEPFX) | | None | | | Sold | 05/15/20 | J | | |
| 75. THE GROWTH FUND OF AMERICA CLASS F-2 (GFFFX) | D | Dividend | M | T | Buy | 03/30/20 | L | | |
| 76. | | | | | Buy (add'l) | 05/18/20 | K | | |
| 77. | | | | | Sold (part) | 08/04/20 | J | | |
| 78. SILVERPEPPER COMMODITY STRATEGY GLOBAL MACRO FD INST CLASS (SPCIX) | | None | | | Sold | 05/15/20 | K | | |
| 79. NEW PERSPECTIVE FUND CLASS F-2 (ANWFX) | A | Dividend | K | T | Buy | 05/15/20 | J | | |
| 80. NEW WORLD FUND CLASS F-2 (NFFFX) | A | Dividend | K | T | Buy | 03/30/20 | J | | |
| 81. PIMCO COMMODITIES PLUS STRATEGY FUND CLASS I-2 (PCLPX) | A | Dividend | K | T | Buy | 05/15/20 | K | | |
| 82. NUVEEN HIGH YEILD MUNICIPAL BOND FUND (NHMRX) | B | Dividend | | | Sold | 03/26/20 | L | | |
| 83. T ROWE PRICE HIGH YIELD (PRFHX) | A | Dividend | | | Sold | 05/15/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 03/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. T ROWE PRICE EMERGING MARKETS (PRMSX) | A | Dividend | L | T | | | | | |
| 85. AMERICAN FUNDS THE TAX EXEMPT FUND OF AMERICA (TEAFX) | D | Distribution | O | T | Buy (add'l) | 08/04/20 | L | | |
| 86. VANGUARD INTERMEDIATE TERM TAX EXEMPT ADMIRAL (VWIUX) | C | Distribution | M | T | | | | | |
| 87. ISHARES TR S&P MIDCAP 400 GROWTH (IJK) | A | Dividend | L | T | | | | | |
| 88. SPDR S&P 500 ETF TR TR UNIT (SPY) | A | Dividend | L | T | | | | | |
| 89. VANGUARD INDEX FDS VANGUARD GROWTH ETF (VUG) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544